PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN KENT WHEELER,<br><br>Defendant. | CASE NO. 2:21-CR-0128 KJM<br><br>[PROPOSED] ORDER FOR ISSUANCE OF ARREST WARRANT |

**ORDER**

The Court, having reviewed the Information in this matter, and the request of the United States for issuance of an arrest warrant and finding good cause therefor, hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay RYAN KENT WHELLER, who is charged, by Information, with violations of 18 U.S.C. §2251(a) – Sexual Exploitation of a Minor and 18 U.S.C. §2252(a)(4)(B) – Possession of Child Pornography.

Dated: July 2, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR ISSUANCE OF ARREST WARRANT

1