## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

RYAN KENT WHEELER,

        Defendant.

CR NO: 2:21-cr-0128 KJM

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Ryan Kent Wheeler | |
| Detained at | Placer County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:   ☐ Indictment   ☒ Information ☐ Complaint |
| | | charging detainee with:   18 U.S.C. §2251(c); 18 U.S.C. 2252(a)(4)(B) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:         /s/ ROGER YANG

Printed Name & Phone No:    Roger Yang (916) 554-2715

Attorney of Record for:      United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 20, 2021

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female |
| Booking or CDC #: | P00292147 | DOB: |
| Facility Address: | 2775 Richardson Dr., Auburn, CA | Race:   Caucasian |
| Facility Phone: | (530) 745-8500 | FBI#: |
| Currently | | |

### RETURN OF SERVICE

Executed on: _____       _____

(signature)