**JENNIFER MOUZIS**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
Ryan Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:21-cr-00128-KJM |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | ) ) | |
| **RYAN WHEELER**, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Roger Yang and defendant, Ryan Wheeler, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, January 10, 2022 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to March 21, 2022 at 9:00 a.m. in the courtroom of the Honorable Kimberly J. Mueller. Federal Probation Officer, Nisha Modica, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

| | |
|---|---|
| Formal objections to PSR | March 7, 2022 |
| Reply, or Statement of Non-Opposition | March 14, 2022 |

The reason for the continuance is that defense needs additional time to complete investigation related to sentencing and mitigation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 5, 2022                                PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                       By:    /s/ Robert Artuz
                                               ROGER YANG
                                               Assistant United States Attorney

Dated: January 5, 2022                                /s/ Jennifer Mouzis
                                                     JENNIFER MOUZIS
                                                     Attorney for Defendant
                                                     Ryan Waters

//

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of January 10, 2022, at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on March 21, 2022, at 9:00 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Formal objections to PSR | March 7, 2022 |
| Reply, or Statement of Non-Opposition | March 14, 2022 |

IT IS SO ORDERED.

DATED: January 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE